**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | | |
|---|---|---|
| JAMES WAHL, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. AW-08-2654 |
| | * | |
| SUPERIOR ASSET MANAGEMENT, INC., | * | |
| | * | |
| Defendant. | * | |

*************************************************************************

## **DEFAULT JUDGMENT**

The Summons and Complaint in this action were duly served upon Defendant on October 17, 2008. The time for Defendant to plead or otherwise defend expired on November 6, 2008. Defendant failed to plead or otherwise defend in this action as directed in the Summons and as provided by Rule 55 of the Federal Rules of Civil Procedure. Accordingly, on December 10, 2008, the Clerk of the Court entered an Order of Default against Defendant. Therefore, IT IS, this **18th day of December, 2008**, by the United States District Court for the District of Maryland, hereby **ORDERED**:

1. That Plaintiff's Motion for Default Judgment (Docket No. 6) BE, and the same hereby IS, **GRANTED**;

2. That judgment shall be entered in favor of the James Wahl and against Superior Asset Management, Inc. in the total amount of **$3,337.00**, which consists of statutory damages of $1000.00 pursuant to 15 U.S.C. § 1692k, costs of $417.00; and attorneys' fees in the amount of $1,920.00;

3. That the Clerk of Court **CLOSE** this case; AND

    4.       That the Clerk of the Court transmit a copy of this Judgment by Default to all parties of record and mail a copy to the address below.

                                                                     /s/
                                                Alexander Williams, Jr.
                                                United States District Judge

cc:      Superior Asset Management, Inc.
          1000 Abernathy Road, N.E.
          400 Building, Suite #165
          Atlanta, Georgia 30328-0000